EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Reglas para la Selección, Nombramiento, Compensación y Adiestramiento de Examinadoras (es) de Pensiones Alimentarias | 2007 TSPR 11

170 DPR _____ |

Número del Caso: ER-2007-1


Fecha: 19 de enero de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Reglas para la Selección,
Nombramiento, Compensación y
Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de enero de 2007.

Conforme a la Sección 512 de la Ley Número 5 del 30 de diciembre de 1986, Ley de Sustento de Menores, Art. 13, inciso 3, se adoptan las siguientes reglas que gobernarán la selección, nombramiento, remoción, compensación y adiestramiento de los Examinadores de Pensiones Alimentarias:

**REGLA 1–TÍTULO**

Estas reglas serán conocidas como "Reglas para la Selección, Nombramiento, Compensación y Adiestramiento de Examinadoras (es) de Pensiones Alimentarias".

**REGLA 2–FACULTAD LEGAL**

Estas reglas se adoptan al amparo de las disposiciones del Art. V Sec. 7 de la Constitución del Estado Libre Asociado de Puerto Rico y del Artículo 13 de la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada.

Reglas para la Selección, Nombramiento,                                    Página 2
Compensación y Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

**REGLA 3—DEFINICIONES**

*Director(a)*          —      Director(a) Administrativo(a)
                             de los Tribunales;

*Jueza Presidenta*
*o Juez Presidente*—     Jueza Presidenta o Juez
                             Presidente del Tribunal Supremo;

*Ley de Sustento*
*de Menores*           —      Ley Núm. 5 de 30 de diciembre de
                             1986 según enmendada, conocida como
                             la Ley de Sustento de Menores;

*Examinadoras (es)*-     Aquellos funcionarios o funcio-
                             narias, adscritos al Tribunal de
                             Primera Instancia, cuyos puestos
                             son creados por disposición de la
                             Ley de Sustento de Menores para
                             presidir las vistas sobre pensiones
                             alimentarias y filiación con el fin
                             de asegurar un procedimiento
                             expedito en estos casos.

**REGLA 4 – SELECCIÓN**

La Jueza Presidenta o el Juez Presidente del Tribunal Supremo de Puerto Rico, de conformidad con la reglamentación de personal de la Rama Judicial, nombrará un número suficiente de examinadoras(es) para presidir las vistas sobre pensiones alimentarias y filiación con el fin de asegurar un procedimiento expedito en estos casos de conformidad con la Ley de Sustento de Menores, según enmendada. Las(os) examinadoras (es) estarán adscritos a la Sala Superior del Tribunal de Primera Instancia.

**REGLA 5 –   CLASIFICACIÓN DEL PUESTO DE EXAMINADOR(A) DE PENSIONES ALIMENTARIAS**

El puesto de Examinador(a) de Pensiones Alimentarias estará adscrito al Servicio Central del Sistema de Administración de Personal de la Rama Judicial.

**REGLA 6 –   NOMBRAMIENTOS Y EVALUACION DE DESEMPEÑO DE LAS (OS) EXAMINADORAS (ES)**

La Jueza Presidenta o el Juez Presidente, previa recomendación del (de la) Director (a) Administrativa de los Tribunales autorizará el nombramiento del (de la) Examinador (a) el cual estará sujeto a las normas que rigen el personal del Servicio Central en la Rama Judicial. Las Juezas y Jueces Administradores tendrán a su cargo la

Reglas para la Selección, Nombramiento,                    Página 3
Compensación y Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

supervisión y evaluación de los (las) examinadores (as). La evaluación del desempeño se hará de conformidad con el Sistema de Evaluación de Personal de la Rama Judicial, disponiéndose que el incumbente del puesto ocupará el mismo mientras así lo determine la Autoridad Nominadora.

a. **Proceso de Nombramiento**

1. La Jueza Administradora o el Juez Administrador de la Región Judicial recomendará el nombramiento del (de la) candidato (a) para el puesto y lo someterá al (a la) Director(a) Administrativo (a) de los Tribunales quien lo referirá a la División de Clasificación y Reclutamiento para evaluar si el candidato reúne los requisitos de la clase.

2. La División de Clasificación y Reclutamiento le solicitará al (a la) candidato(a) los documentos necesarios para determinar si reúne los requisitos mínimos deseables de la clase del puesto, según lo establecido en el Plan de Clasificación de Personal de la Rama Judicial. Si el (la) candidato (a) cumple con los mismos, el (la) Director (a) remitirá su recomendación a la Jueza Presidenta o al Juez Presidente para su determinación.

## REGLA 7 – PREPARACIÓN Y EXPERIENCIA

Las (Los) examinadoras (es) serán abogados admitidos por el Tribunal Supremo al ejercicio de la profesión. Tener tres (3) años de haber sido admitido a la profesión y dos (2) años de haberse dedicado a la práctica de la abogacía. Los demás requisitos de preparación y experiencia serán los establecidos en el Plan de Clasificación para la clase de Examinador(a) de Pensiones Alimentarias, la cual es parte del Servicio Central del Sistema de Administración de Personal de la Rama Judicial.

## REGLA 8 – FUNCIONES DE LAS (OS) EXAMINADORAS (ES)

Las (os) Examinadoras(es) de Pensiones Alimentarias presidirán vistas sobre pensiones alimentarias y filiación conforme a la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada.

Reglas para la Selección, Nombramiento,                                    Página 4
Compensación y Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

a-   Mediante las vistas recopilará información y preparará un informe sobre determinaciones de hecho y conclusiones de derecho, y recomendará remedios a la Jueza o al Juez de Primera Instancia de la Sala  Superior a la que esté adscrita(o).

b-   La (El) Examinadora (or) de Pensiones Alimentarias de conformidad con la Ley de Sustento de Menores y el Plan de Clasificación de la Rama Judicial tendrá entre otras, las siguientes funciones:

1-   Celebrará vista, evaluará la evidencia y rendirá un informe al Tribunal que contenga las determinaciones de hechos, conclusiones de derecho y recomendaciones referentes a fijar, modificar y hacer efectivas las órdenes de pensiones alimentarias y recomendará remedios sobre filiación en los casos de alimentos en que esté en controversia la paternidad del menor conforme a la Ley de Sustento de Menores.

2-   Tendrá autoridad para considerar controversias contenciosas sobre paternidad, no así, custodia o patria potestad, relaciones materno o paterno filiales.

3-   Tendrá facultad para aceptar el reconocimiento voluntario de la paternidad del alimentista, hecho por el demandado o promovido bajo juramento, y asistido por su abogado, si lo prefiere, así como el reconocimiento voluntario de la obligación de alimentos y las estipulaciones o acuerdos que establecen el monto de las pensiones alimentarias a pagarse.

4-   Tomará juramentos, dirigirá y permitirá que las partes participen en el descubrimiento de información; recibirá testimonios, así como cualquier otra evidencia y establecerá un récord del caso.

Reglas para la Selección, Nombramiento,                    Página 5
Compensación y Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

5- Recomendará la fijación de pensiones alimentarias provisionales conforme a las circunstancias y los términos dispuestos en la Ley de Sustento de Menores.

6- Recibirá y evaluará los acuerdos sobre pensión alimentaria en aquellos casos de admisión voluntaria del alimentante.

7- Preparará y remitirá para la consideración de la Jueza o al Juez de Primera Instancia de la Sala de Relaciones de Familia proyecto de orden de retención de ingreso, embargo de bienes y cualquier otra orden que proceda.

8- Recomendará la fijación de pensión alimentaria en rebeldía conforme a lo establecido por ley.

9- Mantendrá un registro de todo el trabajo realizado.

10- Preparará un informe estadístico mensual y otro trimestral sobre el trabajo realizado.

11- Preparará cualquier otro informe estadístico o narrativo que le sea requerido.

12- Asistirá a reuniones con sus superiores, así como a actividades de mejoramiento profesional.

## REGLA 9 – COMPENSACIÓN Y ADIESTRAMIENTO DE LAS (LOS) EXAMINADORAS (ES)

a. La compensación y retribución de las (los) Examinadoras(es) se regirá por el Plan de Clasificación y Retribución de la Rama Judicial para el Servicio Central, y lo que disponga el Juez Presidente por Orden Administrativa.

b. La Academia Judicial Puertorriqueña diseñará y ofrecerá adiestramientos a las (los) Examinadoras (es).

Reglas para la Selección, Nombramiento,                                              Página 6
Compensación y Adiestramiento de Examinadoras(es)
de Pensiones Alimentarias

## REGLA 10 – DISPOSICIONES GENERALES

Además de lo aquí dispuesto, en todo lo relativo a los aspectos de selección, evaluación, adiestramiento y retribución de las (los) Examinadoras (es), se regirán por las Reglas de Administración del Sistema de Personal de la Rama Judicial, el Reglamento de la Administración del Sistema de Personal de la Rama Judicial, el Plan de Clasificación para el Servicio Central y todas aquellas normas aplicables a las (los) funcionarias(los) de la Rama Judicial.

## REGLA 11 – VIGENCIA

Estas Reglas comenzarán a regir inmediatamente después de su aprobación.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Fuster Berlingeri no intervino.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo